# Exhibit 2

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| **CLAIM 16** | |
| [16pre] A memory module connectable to a computer system, the memory module comprising: | Netlist notes that these preliminary infringement contentions are based on publicly-available information.  Netlist expects that information to be revealed in future discovery may result in identification of additional instances of Micron's infringement, and may also enable identification of additional claims infringed by Micron.<br><br>The Accused Instrumentalities include memory modules that comply with the portions of the JEDEC standard for DDR4 identified in subsequent limitations, and memory modules that operate in substantially the same way.  This would include, but would not be limited to, DDR4 JEDEC-compliant RDIMMs and LRDIMMs that employ PDA.<br><br>The JEDEC Standard No. 21C specification "follows the JEDEC standard DDR4 component specification JESD79-4."  JEDEC Standard No. 21C (Aug. 2015), at Page 4.20.27-5.  In Figure 3, reproduced below, the JEDEC Standard No. 21C specification provides an example of LRDIMM topologies illustrating the connection between the memory module and the memory controller of a computer system. |

## US Patent No. 7,619,912 C1

### Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| |  Figure 3 — LRDIMM Topologies<br><br>JEDEC Standard No. 21C (Aug. 2015), at Page 4.20.27-17.<br><br>In accordance with the JEDEC Standard No. 21C specification, the DDR4 LRDIMM socket pin wiring assignment for connecting to a memory controller of a computer system is provided in Table 5, reproduced below. |

## US Patent No. 7,619,912 C1

## Exhibit 2



**Table 5 — DDR4 288 Pin LRDIMM Pin Wiring Assignments**

## US Patent No. 7,619,912 C1

## Exhibit 2



JEDEC Standard No. 21C (Aug. 2015), at Pages 4.20.27-10 to 4.20.27-11.

## US Patent No. 7,619,912 C1

### Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | Similarly, In Figure 4 of the DDR4 RDIMM specification, reproduced below, the JEDEC Standard No. 21C specification provides an example of RDIMM topologies illustrating the connection between the memory module and the memory controller of a computer system. <br><br>  <br><br> JEDEC Standard No. 21C (Dec. 2015), at Page 4.20.28-19. *See also* JEDEC Standard No. 21C (May 2019), at Page 4.20.28-19. <br><br> In accordance with the JEDEC Standard No. 21C specification, the DDR4 RDIMM socket pin wiring assignment for connecting to a memory controller of a computer system is provided in Table 5, reproduced below. |

## US Patent No. 7,619,912 C1

### Exhibit 2



**Table 5 — DDR4 288 Pin RDIMM Pin Wiring Assignments**

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | **Table 5 — DDR4 288 Pin RDIMM Pin Wiring Assignments** |

<table>
<tr><th>Front Side Pin Label</th><th>Pin</th><th>Pin</th><th>Back side Pin Label</th><th>Front Side Pin Label</th><th>Pin</th><th>Pin</th><th>Back side Pin Label</th></tr>
<tr><td>TDQS12_t, DQS3_t, DM3_n, DBI3_n, NC</td><td>40</td><td>184</td><td>VSS</td><td>TDQS14_c, DQS14_c, NC</td><td>111</td><td>255</td><td>DQS5_c</td></tr>
<tr><td>TDQS12_c, DQS12_c, NC</td><td>41</td><td>185</td><td>DQS3_c</td><td>VSS</td><td>112</td><td>256</td><td>DQS5_t</td></tr>
<tr><td>VSS</td><td>42</td><td>186</td><td>DQS3_t</td><td>DQ46</td><td>113</td><td>257</td><td>VSS</td></tr>
<tr><td>DQ30</td><td>43</td><td>187</td><td>VSS</td><td>VSS</td><td>114</td><td>258</td><td>DQ47</td></tr>
<tr><td>VSS</td><td>44</td><td>188</td><td>DQ31</td><td>DQ42</td><td>115</td><td>259</td><td>VSS</td></tr>
<tr><td>DQ26</td><td>45</td><td>189</td><td>VSS</td><td>VSS</td><td>116</td><td>260</td><td>DQ43</td></tr>
<tr><td>VSS</td><td>46</td><td>190</td><td>DQ27</td><td>DQ52</td><td>117</td><td>261</td><td>VSS</td></tr>
<tr><td>CB4, NC</td><td>47</td><td>191</td><td>VSS</td><td>VSS</td><td>118</td><td>262</td><td>DQ53</td></tr>
<tr><td>VSS</td><td>48</td><td>192</td><td>CB5, NC</td><td>DQ48</td><td>119</td><td>263</td><td>VSS</td></tr>
<tr><td>CB0, NC</td><td>49</td><td>193</td><td>VSS</td><td>VSS</td><td>120</td><td>264</td><td>DQ49</td></tr>
<tr><td>VSS</td><td>50</td><td>194</td><td>CB1, NC</td><td>TDQS15_t, DQS15_t, DM6_n, DBI6_n, NC</td><td>121</td><td>265</td><td>VSS</td></tr>
<tr><td>TDQS17_t, DQS8_t, DM8_n, DBI8_n, NC</td><td>51</td><td>195</td><td>VSS</td><td>TDQS15_c, DQS15_c, NC</td><td>122</td><td>266</td><td>DQS6_c</td></tr>
<tr><td>TDQS17_c, DQS17_c, NC</td><td>52</td><td>196</td><td>DQS8_c</td><td>VSS</td><td>123</td><td>267</td><td>DQS6_t</td></tr>
<tr><td>VSS</td><td>53</td><td>197</td><td>DQS8_t</td><td>DQ54</td><td>124</td><td>268</td><td>VSS</td></tr>
<tr><td>CB6, NC</td><td>54</td><td>198</td><td>VSS</td><td>VSS</td><td>125</td><td>269</td><td>DQ55</td></tr>
<tr><td>VSS</td><td>55</td><td>199</td><td>CB7, NC</td><td>DQ50</td><td>126</td><td>270</td><td>VSS</td></tr>
<tr><td>CB2, NC</td><td>56</td><td>200</td><td>VSS</td><td>VSS</td><td>127</td><td>271</td><td>DQ51</td></tr>
<tr><td>VSS</td><td>57</td><td>201</td><td>CB3, NC</td><td>DQ60</td><td>128</td><td>272</td><td>VSS</td></tr>
<tr><td>RESET_n</td><td>58</td><td>202</td><td>VSS</td><td>VSS</td><td>129</td><td>273</td><td>DQ61</td></tr>
<tr><td>VDD</td><td>59</td><td>203</td><td>CKE1, NC</td><td>DQ56</td><td>130</td><td>274</td><td>VSS</td></tr>
<tr><td>CKE0</td><td>60</td><td>204</td><td>VDD</td><td>VSS</td><td>131</td><td>275</td><td>DQ57</td></tr>
<tr><td>VDD</td><td>61</td><td>205</td><td>RFU</td><td>TDQS16_t, DQS16_t, DM7_n, DBI7_n, NC</td><td>132</td><td>276</td><td>VSS</td></tr>
<tr><td>ACT_n</td><td>62</td><td>206</td><td>VDD</td><td>TDQS16_c, DQS16_c, NC</td><td>133</td><td>277</td><td>DQS7_c</td></tr>
<tr><td>BG0</td><td>63</td><td>207</td><td>BG1</td><td>VSS</td><td>134</td><td>278</td><td>DQS7_t</td></tr>
<tr><td>VDD</td><td>64</td><td>208</td><td>ALERT_n</td><td>DQ62</td><td>135</td><td>279</td><td>VSS</td></tr>
<tr><td>A12/BC_n</td><td>65</td><td>209</td><td>VDD</td><td>VSS</td><td>136</td><td>280</td><td>DQ63</td></tr>
<tr><td>A9</td><td>66</td><td>210</td><td>A11</td><td>DQ58</td><td>137</td><td>281</td><td>VSS</td></tr>
<tr><td>VDD</td><td>67</td><td>211</td><td>A7</td><td>VSS</td><td>138</td><td>282</td><td>DQ59</td></tr>
<tr><td>A8</td><td>68</td><td>212</td><td>VDD</td><td>SA0</td><td>139</td><td>283</td><td>VSS</td></tr>
<tr><td>A6</td><td>69</td><td>213</td><td>A5</td><td>SA1</td><td>140</td><td>284</td><td>VDDSPD</td></tr>
<tr><td>VDD</td><td>70</td><td>214</td><td>A4</td><td>SCL</td><td>141</td><td>285</td><td>SDA</td></tr>
<tr><td>A3</td><td>71</td><td>215</td><td>VDD</td><td>VPP</td><td>142</td><td>286</td><td>VPP</td></tr>
<tr><td>A1</td><td>72</td><td>216</td><td>A2</td><td>VPP</td><td>143</td><td>287</td><td>VPP</td></tr>
<tr><td>VDD</td><td>73</td><td>217</td><td>VDD</td><td>RFU</td><td>144</td><td>288</td><td>VPP</td></tr>
</table>

*See* JEDEC Standard No. 21C (Dec. 2015), at Pages 4.20.28-10 to 4.20.28-11.  *See also* JEDEC Standard No. 21C (May 2019), at Pages 4.20.28-10 to 4.20.28-11.

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
|  | JESD 248A (Mar. 2018), at Pages 7-9; *see also*, *supra*, [16pre]. |
| [16.1] a printed circuit board; | Micron's memory modules include a printed circuit board.<br><br>For example, the JEDEC Standard No. 21C specification describes component types and placements as follows:<br><br>    "5.1 Component Types and Placement<br><br>    Components shall be positioned on the PCB to meet the minimum and maximum trace lengths required for DDR4 SDRAM signals."<br><br>JEDEC Standard No. 21C (Aug. 2015), at Page 4.20.27-16; JEDEC Standard No. 21C (Dec. 2015), at Page 4.20.28-17; JEDEC Standard No. 21C (May 2019), at Page 4.20.28.18; JESD 248A (Mar. 2018), at Page 18.<br><br>The JEDEC Standard No. 21C specification further provides "[p]referred rules" DIMM routing space constraints in relation to printed circuit board design. These rules includes via size, pad spacing, line spacing, and the like. *See* JEDEC Standard No. 21C (Aug. 2015), at Pages 4.20.27-26 to 4.20.27-27; JEDEC Standard No. 21C (Dec. 2015), at Page 4.20.28-28; JEDEC Standard No. 21C (May 2019), at Page 4.20.28-31; JESD 248A (Mar. 2018), at Page 31. |
| [16.2] a plurality of double-data-rate (DDR) memory devices coupled to the printed circuit board, the plurality of DDR memory devices having a first number of DDR memory devices arranged in a first number of ranks; | On information and belief, Micron's memory modules include a plurality of double-data-rate (DDR) memory devices coupled to the printed circuit board, the plurality of DDR memory devices having a first number of DDR memory devices arranged in a first number of ranks.<br><br>In Figure 10, reproduced below, the JEDEC Standard No. 21C specification provides an example of a plurality of DDR4 memory devices coupled to the printed circuit board, with the DDR4 memory devices arranged in a first number of ranks. |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | Figure 10 — DDR4 2R/4R/8R/16R (planar/3DS) Control Wiring<br><br>JEDEC Standard No. 21C (Aug. 2015), at Page 4.20.27-29; JEDEC Standard No. 21C (Dec. 2015) (Figure 13), at Page 4.20.28-31; JEDEC Standard No. 21C (May 2019) (Figure 13), at Page 4.20.28-34; JESD 248A (Mar. 2018), at Page 35 (Figure 15).<br><br>As noted in Figure 10, the plurality of DDR memory devices may be arranged in two ("2R"), four ("4R"), eight ("8R"), or sixteen ("16R") ranks.<br><br>The plurality of DDR memory devices coupled to the printed circuit board may be monolithic (*i.e.*, single-die) DRAM.  Alternatively, the plurality of DDR memory devices may be multi-die DRAM packages such as dual-die package ("DDP," featuring two dies per package), or stacked 3DS (featuring two, four, or eight dies per package). |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | *See, e.g.*, Add. No. 1 to JESD 79-4, 3D Stacked DRAM, JESD 79-4-1-B, at 5-7 (Feb. 2021) (illustration of 2H, 4H, and 8H 3DS DRAM packages):<br><br><br><br>Figure 3 — 2-1-1-1 Device (2H)<br>Figure 4 — 4-1-1-1 Device (4H)<br>Figure 5 — 8-1-1-1 Device (8H) |
| [16.3] a circuit coupled to the printed circuit board, the circuit comprising a logic element and a register, | The JESD 82-31A standard "defines standard specifications of DC interface parameters, switching parameters, and test loading for definition of the DDR4 Registering Clock Driver (RCD) with parity for driving address and control nets on DDR4 RDIMM and LRDIMM applications."  JESD 82-31A (Aug. 2019), at Page 1.<br><br>The DDR4 RCD comprises a logic element and a register.  Figure 28 from JESD 82-31A, reproduced below, identifies the logic element and the register. |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
|  | <br><br>Figure 28 — Logic diagram (positive logic)<br><br>JESD 82-31A (Aug. 2019), at Page 66. |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | In Figure 3 of the DDR4 LRDIMM specification, reproduced below, the JEDEC Standard No. 21C specification provides an example of a LRDIMM configuration where the DDR4 RCD is coupled to the printed circuit board.<br><br><br><br>JEDEC Standard No. 21C (Aug. 2015), at Page 4.20.27-17. |

<u>US Patent No. 7,619,912 C1</u>

<u>Exhibit 2</u>

| '912 Patent | Accused Instrumentalities |
|---|---|
|  | Similarly, in Figure 4 of the DDR4 RDIMM specification, reproduced below, the JEDEC Standard No. 21C specification provides an example of a RDIMM configuration where the DDR4 RCD is coupled to the printed circuit board.<br><br><br><br>JEDEC Standard No. 21C (Dec. 2015), at Page 4.20.28-19.  *See also* JEDEC Standard No. 21C (May 2019), at Page 4.20.28-19. |
| [16.4] the logic element receiving a set of input signals from the computer system, the set of input signals comprising at least one row/column address signal, bank address signals, and at least one chip-select signal, | JESD 82-31A also demonstrates that the logic element (DDR4 RCD) receives a set of input signals from the computer system, as described in the Terminal functions table, Table 21.  As shown below, the set of input signals comprises: at least one row/column address signal (any one or more of DA13:0, DWES_n/A14, DCAS_n/A15, DRAS_n/A16, DA17); bank address signals (any two signals of the bank address signals, DBA1:0, or bank group address signals, DBG1:0); and at least one chip-select signal (any one chip select of the two input chip select signals: DCS1:0). |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
|  | <br><br>JESD 82-31A (Aug. 2019), at Page 61. |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | Figure 28, reproduced below, also demonstrates that the logic element (DDR4 RCD) receives a set of input signals from the computer system.  **Figure 28 — Logic diagram (positive logic)** |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
|  | JESD 82-31A (Aug. 2019), at Page 66. |
| [16.5] the set of input signals configured to control a second number of DDR memory devices arranged in a second number of ranks, the second number of DDR memory devices smaller than the first number of DDR memory devices and the second number of ranks less than the first number of ranks, | The set of input signals to the DDR4 RCD includes two input CS and other control and address signals that can control two ranks (second number of ranks) of eighteen 8-bit DDR memory devices (second number of memory devices). For example, DDR4 SDRAM devices arranged in a first rank are controlled using a first input chip select signal (DCS0) along with control and address signals, while other DDR4 SDRAM devices arranged in a second rank are controlled using a second input chip select signal (DCS1) along with control and address signals.

JESD 82-31A provides that in normal operating modes, such as the Direct DualCS or Direct QuadCS modes, each input chip select signal, which is used to control one rank, is received by the register that in turn outputs a chip select signal to control one rank of DDR memory devices. *See* JESD 82-31A (Aug. 2019), at Page 2 ("In Direct DualCS mode (DA[1:0] = 00) the component has two chip select inputs, DCS0_n and DCS1_n, and two copies of each chip select output, QACS0_n, QACS1_n, QBCS0_n and QBCS1_n. . . . In Direct QuadCS mode (DA[1:0] = 01), the component has four chip select inputs, the two dedicated inputs DCS[1:0]_n and the DC[0] input pin functioning as DCS2_n and the DC[1] input pin functioning as DCS3_n, and two copies of each chip select output, QACS[3:0]_n and QBCS[3:0]_n.").

In Encoded QuadCS mode, the DDR4 RCD specification provides for the generation of four chip select signals, one for each rank of a quad rank DDR4 RDIMM or LRDIMM by decoding the two input chip select signals using another input signal, namely DC0, as the encoding input. *See* JESD 82-31A (Aug. 2019), at Page 2 ("In Encoded QuadCS mode (DA[1:0] = 11), two copies of four output chip selects, i.e. QACS[3:0]_n and QBCS[3:0]_n, are decoded out of two DCS[1:0]_n inputs and the DC[0] input."). These modes are summarized in Table 1, reproduced below. |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | **Table 1 — Generic DCS - QxCS Mapping** |

| Input CS | Output CS | | |
|---|---|---|---|
| | Direct DualCS mode | Direct QuadCS mode | Encoded QuadCS mode |
| DCS0_n | QxCS0_n | QxCS0_n | QxCS0_n, QxCS1_n |
| DCS1_n | QxCS1_n | QxCS1_n | QxCS2_n, QxCS3_n |
| DCS2_n/DC0 | n/a | QxCS2_n | n/a |
| DCS3_n/DC1 | n/a | QxCS3_n | n/a |

JESD 82-31A (Aug. 2019), at Page 3.

JESD 82-31A thus demonstrates that in Encoded Quad CS Mode, the set of input signals is configured to control a second number of DDR memory devices (18) smaller than the first number of DDR memory devices (36), and the second number of ranks (2) less than the first number of ranks (4).

Memory modules featuring DDP DRAM are configured to operate in substantially the same way in material aspects as those featuring monolithic (*i.e.*, single-die) DRAM. For example, JESD 82-31A provides that one of the two ways to provide the required four chip-select signals is through the Encoded QuadCS Mode:

**2.2.2 Quad CS Modes**

For DIMMs using dual-die packages there is a need for four CS signals rather than the standard two. For these modules two modes are available where four CS outputs are available. The memory controller can select by programming the CS mode control bits which of the two modes it wants to utilize.

There are two ways of accomplishing this:

- by using four CS inputs from the host (DCS[3:0]_n). This is the Direct QuadCS mode. See Chapter 2.2.1, "Direct CS Modes," above.
- by using two CS inputs and one of the chip ID inputs from the host (DCS[1:0]_n and DC0). See Chapter 2.2.3, "Encoded QuadCS Mode," below.

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | *Id.* at 3.<br><br>Similarly, the JESD 79-4-1B standard further provides that DIMMs featuring ranks of 3DS DRAM operate in substantially the same way in material aspects to DIMMs featuring monolithic (*i.e.*, single-die) DRAM.  For example, JESD 79-4-1B provides that the required signals to select a rank on the module are generated in in a manner similar to the "Encoded QuadCS mode" by using a combination of chip-select (CS) and chip-ID signals:<br><br>**2.5    Logical Rank Addressing**<br>The 3DS package is organized into two, four or eight logical ranks.<br><br>For DDR4 3DS devices, the logical ranks are selected by the Chip ID bus C[2:0].<br><br>The functional behavior of logical rank(s) should not deviate from monolithic DDR4 SDRAMs (specified in JESD79-4A), except when noted in this document. Each logical rank may be implemented as a single slice but the DDR4 3DS addendum doesn't require this to be the case.<br><br>**2.6    3D Stack Organizations**<br>Table 1, "Supported 3D Stack Organizations," indicates valid configurations supported by the DDR4 3DS addendum.<br><br>**Table 1 — Supported 3D Stack Organizations**<br><br>| Logical Ranks | # of CS_n | Chip ID | # of CKE | # of ODT |<br>|---|---|---|---|---|<br>| 2 | 1 | C0 | 1 | 1 |<br>| 4 | 1 | C0, C1 | 1 | 1 |<br>| 8 | 1 | C0, C1, C2 | 1 | 1 |<br><br>JESD 79-4-1B at 4. |

## US Patent No. 7,619,912 C1

### Exhibit 2

*See also, e.g., id.* at 5-8:

**Table 2 — DDR4 Address Table: 2H Stacked SDRAM**

| DDR4 3DS Address Table: 2H 3D Stacked SDRAM | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3DS Logical Rank Organization | | | | | | 3DS Package Organization | | | |
| Density | x4 Page Size | x8 Page Size | MSB Address | | | Capacity | Logical Rank | CS_n | C0 |
| | | | Col | Row | | | | | |
| | | | | x4 Die | x8 Die | | | | |
| 4 Gb | 512 B | 1 KB | A9 | A15 | A14 | 8 Gb | 0 | L | L |
| | | | | | | | 1 | L | H |
| 8 Gb | 512 B | 1 KB | A9 | A16 | A15 | 16 Gb | 0 | L | L |
| | | | | | | | 1 | L | H |
| 16 Gb | 512 B | 1 KB | A9 | A17 | A16 | 32 Gb | 0 | L | L |
| | | | | | | | 1 | L | H |

**Table 3 — DDR4 Address Table: 4H Stacked SDRAM**

| DDR4 3DS Address Table: 4H 3D Stacked SDRAM | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3DS Logical Rank Organization | | | | | | 3DS Package Organization | | | | |
| Density | x4 Page Size | x8 Page Size | MSB Address | | | Capacity | Logical Rank | CS_n | C1 | C0 |
| | | | Col | Row | | | | | | |
| | | | | x4 Die | x8 Die | | | | | |
| 4 Gb | 512 B | 1 KB | A9 | A15 | A14 | 16 Gb | 0 | L | L | L |
| | | | | | | | 1 | L | L | H |
| | | | | | | | 2 | L | H | L |
| | | | | | | | 3 | L | H | H |
| 8 Gb | 512 B | 1 KB | A9 | A16 | A15 | 32 Gb | 0 | L | L | L |
| | | | | | | | 1 | L | L | H |
| | | | | | | | 2 | L | H | L |
| | | | | | | | 3 | L | H | H |
| 16 Gb | 512 B | 1 KB | A9 | A17 | A16 | 64 Gb | 0 | L | L | L |
| | | | | | | | 1 | L | L | H |
| | | | | | | | 2 | L | H | L |
| | | | | | | | 3 | L | H | H |

- 19 -

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|

**Table 4 — DDR4 Address Table: 8H Stacked SDRAM**

| DDR4 3DS Address Table: 8H 3D Stacked SDRAM | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3DS Logical Rank Organization | | | | | | 3DS Package Organization | | | | | |
| Density | x4 Page Size | x8 Page Size | Col | MSB Address | | Capacity | Logical Rank | CS_n | C2 | C1 | C0 |
| | | | | Row | | | | | | | |
| | | | | x4 Die | x8 Die | | | | | | |
| 4 Gb | 512 B | 1 KB | A9 | A15 | A14 | 32 Gb | 0 | L | L | L | L |
| | | | | | | | 1 | L | L | L | H |
| | | | | | | | 2 | L | L | H | L |
| | | | | | | | 3 | L | L | H | H |
| | | | | | | | 4 | L | H | L | L |
| | | | | | | | 5 | L | H | L | H |
| | | | | | | | 6 | L | H | H | L |
| | | | | | | | 7 | L | H | H | H |
| 8 Gb | 512 B | 1 KB | A9 | A16 | A15 | 64 Gb | 0 | L | L | L | L |
| | | | | | | | 1 | L | L | L | H |
| | | | | | | | 2 | L | L | H | L |
| | | | | | | | 3 | L | L | H | H |
| | | | | | | | 4 | L | H | L | L |
| | | | | | | | 5 | L | H | L | H |
| | | | | | | | 6 | L | H | H | L |
| | | | | | | | 7 | L | H | H | H |
| 16 Gb | 512 B | 1 KB | A9 | A17 | A16 | 128 Gb | 0 | L | L | L | L |
| | | | | | | | 1 | L | L | L | H |
| | | | | | | | 2 | L | L | H | L |
| | | | | | | | 3 | L | L | H | H |
| | | | | | | | 4 | L | H | L | L |
| | | | | | | | 5 | L | H | L | H |
| | | | | | | | 6 | L | H | H | L |
| | | | | | | | 7 | L | H | H | H |

NOTE   These diagrams show only the logical organizations of these devices. No 1:1 relationship to physical organizations is implied. The Logical Rank 0 is considered the "primary die", regardless of its physical arrangement.

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| [16.6] the circuit generating a set of output signals in response to the set of input signals, | JESD 82-31A also demonstrates that the circuit (DDR4 RCD) generates a set of output signals in response to the set of input signals, as described in the Terminal functions table, Table 21. As shown below, the set of output signals includes any of the register output address signals Q[A:B]A[13:0] corresponding to the set of input signals; any of the register output bank address or bank group address signal Q[A:B]BA[1:0] or Q[A:B]BG[1:0] corresponding to the set of input signals; and the register output chip select signals corresponding to the Encoded QuadCS mode. |

a set of output signals

**Table 21 — Terminal functions**

| Signal Group | Signal Name | Type | Description |
|---|---|---|---|
| Output Control bus | QACKE0/1, QAODT0/1, QBCKE0/1, QBODT0/1 | CMOS[2] | Register output CKE and ODT signals. |
| | QACS0_n..QACS1_n, QBCS0_n..QBCS1_n | CMOS[2] | Register output Chip Select signals. |
| | QACS2_n..QACS3_n, QBCS2_n..QBCS3_n | CMOS[2] | Register output Chip Select signals. These pins initiate DRAM address/command decodes. |
| | or | | |
| | QAC0..QAC1, QBC0..QBC1 | | Some of these have alternative functions: • QxCS2_n <=> QxC0 • QxCS3_n <=> QxC1 |
| | QAC2, QBC2 | CMOS[2] | Register output Chip ID2 signals. |
| Output Address and Command bus | QAA0..QAA13, QAA17, QBA0..QBA13, QBA17, QABA0..QABA1, QBBA0..QBBA1, QAG0..QAG1, QBG0..QBG1 | CMOS[2] | Outputs of the register, valid after the specified clock count and immediately following a rising edge of the clock. |
| | QAA14..QAA16, QBA14..QBA16 | CMOS[2] | Outputs of the register, valid after the specified clock count and immediately following a rising edge of the clock. In case of an ACT command some of these terminals have an alternative function: Register output command signals. • QxA14 <=> QxWE_n • QxA15 <=> QxCAS_n • QxA16 <=> QxRAS_n |
| | or | | |
| | QAWE_n, QACAS_n, QARAS_n, QBWE_n, QBCAS_n, QBRAS_n | | |
| | QAACT_n, QBACT_n | CMOS[2] | Outputs of the register, valid after the specified clock count and immediately following a rising edge of the clock. |

JESD 82-31A (Aug. 2019), at Page 62.

## US Patent No. 7,619,912 C1

## Exhibit 2

Figure 28, reproduced below, also demonstrates that the circuit (DDR4 RCD) generates a set of output signals in response to the set of input signals.



JESD 82-31A (Aug. 2019), at Page 66.

## US Patent No. 7,619,912 C1

### Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| [16.7] the set of output signals configured to control the first number of DDR memory devices arranged in the first number of ranks, | JESD 82-31A also demonstrates that in Encoded Quad CS Mode, the set of output signals is configured to control the first number of DDR memory devices (36) arranged in the first number of ranks (4). As demonstrated in Table 2, reproduced below, in Encoded Quad CS Mode, the set of output signals includes four output chip select signals, two copies each, namely Q[A:B]CS[3:0]. The set of output signals is configured to control the first number of DDR memory devices (36) arranged in the first number of ranks (4). *See also* JESD 82-31A (Aug. 2019) at 3. ("When F0RC0D DA[1:0] = 11 the DDR4 register decodes two sets of four QxCS_n outputs from two DCS_n inputs by using the DC0 as the encoding input."). |

Table 2 — DCS, DC - QxCS, QxC Mapping in Encoded QuadCS mode

| DCS1_n | DCS0_n | DC0 | DC2 | QxCS[3:0]_n | QxC2 |
|---|---|---|---|---|---|
| H | H | X | 0 | HHHH | No change |
|   |   | X | 1 |   |   |
| H | L | 0 | 0 | HHHL | 0 |
|   |   | 0 | 1 |   | 1 |
|   |   | 1 | 0 | HHLH | 0 |
|   |   | 1 | 1 |   | 1 |
| L | H | 0 | 0 | HLHH | 0 |
|   |   | 0 | 1 |   | 1 |
|   |   | 1 | 0 | LHHH | 0 |
|   |   | 1 | 1 |   | 1 |
| L | L | 0 | 0 | HLHL[1] | 0 |
|   |   | 0 | 1 |   | 1 |
|   |   | 1 | 0 | LHLH[1] | 0 |
|   |   | 1 | 1 |   | 1 |

1. Only one DCSx_n input can be asserted for DRAM MRS and DRAM read commands

JESD 82-31A (Aug. 2019), at Page 3.

*See also, supra,* analysis for Element 16.5.

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| [16.8] wherein the circuit further responds to a command signal and the set of input signals from the computer system by selecting one or two ranks of the first number of ranks and transmitting the command signal to at least one DDR memory device of the selected one or two ranks of the first number of ranks; and | The DDR4 SDRAM specification JESD 79-4C "allows programmability of a given device on a rank" through the "per DRAM addressability" ("PDA") feature.<br><br>4.14    Per DRAM Addressability<br><br>DDR4 allows programmability of a given device on a rank    As an example, this feature can be used to program different ODT or Vref values on DRAM devices on a given rank.<br><br>1. Before entering 'per DRAM addressability (PDA)' mode, the write leveling is required.<br>2. Before entering 'per DRAM addressability (PDA)' mode, the following Mode Register setting is possible.<br>   -RTT_PARK MR5 (A8:A6) = Enable<br>   -RTT_NOM MR1 (A10:A9:A8) = Enable<br>3. Enable 'per DRAM addressability (PDA)' mode using MR3 bit "A4=1"<br>4. In the 'per DRAM addressability' mode, all MRS command is qualified with DQ0 for x4 and x8, and DQL0 for x16. DRAM captures DQ0 for x4 and x8, and DQL0 for x16 by using DQS_c and DQS_t for x4 and x8, DQSL_c and DQSL_t for x16 signals as shown Figure 36. If the value on DQ0 for x4 and x8, and DQL0 for x16 is 0 then the DRAM executes the MRS command. If the value on DQ0 is 1, then the DRAM ignores the MRS command. The controller can choose to drive all the DQ bits.<br><br>JESD 79-4C (January 2020), at Page 63.<br><br>In PDA mode, PDA commands include Mode Register Set (MRS) with DQ0=Low of the target DDR memory device to be programmed, as shown in the Simplified State Diagram of Figure 6, reproduced below. |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | <br><br>JESD 79-4C (January 2020), at Page 10. |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | As set forth in JESD 79-4C Table 35, reproduced in relevant part below, the MRS function includes at least one address signal, bank address signals, and a chip-select signal. |

[BG=Bank Group Address, BA=Bank Address, RA=Row Address, CA=Column Address, BC_n=Burst Chop, X=Don't Care, V=Valid].

### Table 35 — Command Truth Table

| Function | Abbreviation | CKE Previous Cycle | CKE Current Cycle | CS_n | ACT_n | RAS_n /A16 | CAS_n /A15 | WE_n/ A14 | BG0-BG1 | BA0-BA1 | C2-C0 | A12/ BC_n | A17, A13, A11 | A10/ AP | A6-A9 | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mode Register Set | MRS | H | H | L | H | L | L | L | BG | BA | V | | OP Code | | | 12 |

JESD 79-4C (January 2020), at Page 29.  MR3 is a MRS command that includes one row address signal A4=1 that sets the operating mode to the PDA Mode, as defined in Table 22, reproduced below.

### MR3

### Table 22 — Mode Register 3

| Address | Operating Mode | Description | |
|---|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS | |
| BG0, BA1:BA0 | MR Select | 000 = MR0 | 100 = MR4 |
| | | 001 = MR1 | 101 = MR5 |
| | | 010 = MR2 | 110 = MR6 |
| | | 011 = MR3 | 111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS | |
| A13 | RFU | 0 = must be programmed to 0 during MRS | |
| A12:A11 | MPR Read Format | 00 = Serial | 10 = Staggered |
| | | 01 = Parallel | 11 = Reserved |
| A10:A9 | Write CMD Latency when CRC and DM are enabled | (see Table 24) | |
| A8:A6 | Fine Granularity Refresh Mode | (see Table 23) | |
| A5 | Temperature sensor readout | 0 : disabled | 1: enabled |
| A4 | Per DRAM Addressability | 0 = Disable | 1 = Enable |
| A3 | Geardown Mode | 0 = 1/2 Rate | 1 = 1/4 Rate |

JESD 79-4C (January 2020), at Page 22.

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | As illustrated above, JESD 79-4C provides that the set of output signals includes a chip select signal corresponding to the encoded input chip select signal associated with MR3 which selects one of the first number of ranks, and with DQ0=Low selects one selected DDR memory device of the selected rank.  Only the selected DDR memory device performs the PDA command.  Figure 38, reproduced below, is a timing diagram illustrating a selected device of a rank of DDR memory device executing a PDA command when its DQ0 is sampled Low.<br><br><br>**Figure 38 — PDA using Burst Chop 4**<br><br>JESD 79-4C (January 2020), at Page 65.<br><br>In the context of DDR4 LRDIMM, the JEDEC Standard No. 21C provides that the circuit further responds to a command signal and the set of input signals from the computer system by generating BCOM write command over BCOM[3:0] to control the DDR4 LRDIMM data buffers in order to forward the computer system data (DQ) signals to the DRAMs which use their DQ0 for device selection.  *See* JESD82-31A (Aug. 2019), at Page 19 ("For MRS Write commands in PDA (Per DRAM Addressability) mode when the DIMM type bit in F0RC0D is set to '0' (LRDIMM), the |

<u>US Patent No. 7,619,912 C1</u>

<u>Exhibit 2</u>

| '912 Patent | Accused Instrumentalities |
|---|---|
| | DDR4RCD02 generates a BCOM Write command instead of a BCOM MRS Write command in order to forward the data buffer's host interface DQ inputs to the DRAMs which use their DQ0 pins for device selection.").  *See also*, JESD82-31A (Aug. 2019), at Page 16: |

**Table 7 — Multicycle Sequence for Write Commands**

| Time (clock cycle) | BCOM[3:0] | Description |
|---|---|---|
| 0 | Prev Cmd | Previous command or data transfer |
| 1 | WR | Write command |
| | | BCOM[3:0] = 1000 |
| 2 | DAT0 | Transfer the rank ID for write command |
| | | BCOM[1:0] = {RANK_ID[1:0]} for DRAM writes |
| | | Burst length information for Write data |
| | | BCOM[3:2] = {0, 0} for BC4 |
| | | BCOM[3:2] = {0, 1} for BC8 |
| 3 | PAR[3:0] | Even parity bits for WR command and data |
| | | PAR[x]: Parity bit for previous two BCOM[x] transfers |
| 4 | Next Cmd | Next Command |

This claim element is literally infringed (directly and/or indirectly) by Micron, as described herein, but is also infringed under the doctrine of equivalents because the structure and functionality provided by Micron is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieve substantially or exactly the same result.

Accused Instrumentalities that are compliant with the DDR4 standard are configured to transmit command signals to at least one DDR memory device.  To the extent that the Accused Instrumentalities do not literally meet this claim limitation, they perform this functionality in

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | substantially the same way by conveying, through one or more electrical connections, command signals to DDR memory devices, which command signals include MRS commands and DQ0 values. The Accused Instrumentalities achieve the substantially same result in that DDR memory devices are provided with command signals (including MRS commands (MR3) and DQ0 values) over the one or more electrical connections.<br><br>Therefore, to the extent the Accused Instrumentalities do not literally meet the claim element, there is an insubstantial difference in how the Accused Instrumentalities operate compared to this element, and the Accused Instrumentalities at least equivalently meet this limitation. |
| [16.9] a phase-lock loop device coupled to the printed circuit board, the phase-lock loop device operatively coupled to the plurality of DDR memory devices, the logic element, and the register. | In Figure 28, reproduced below, JESD82-31A indicates that the DDR4 RCD includes a PLL that is operatively coupled to the plurality of DDR memory devices (via the complementary clock outputs to DDR4 SDRAM devices Y3:0_t, Y3:0_c), the logic element (via connections to at least multiple logic blocks within the logic element), and the register (via connections to many registers within the register, e.g. state machine, control words registers CW Table, CW state machine). |

### US Patent No. 7,619,912 C1

### Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| |  JESD 82-31A (Aug. 2019), at Page 66. |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| [16.10] wherein the command signal is transmitted to only one DDR memory device at a time. | As illustrated above, JESD 79-4C provides the PDA feature for transmitting the command signal to only one DDR memory device at a time: <br><br> 4.14  Per DRAM Addressability <br><br> DDR4 allows programmability of a given device on a rank.  As an example, this feature can be used to program different ODT or Vref values on DRAM devices on a given rank. <br><br> 1. Before entering 'per DRAM addressability (PDA)' mode, the write leveling is required. <br> 2. Before entering 'per DRAM addressability (PDA)' mode, the following Mode Register setting is possible. <br>    -RTT_PARK MR5 (A8:A6) = Enable <br>    -RTT_NOM MR1 (A10:A9:A8) = Enable <br> 3. Enable 'per DRAM addressability (PDA)' mode using MR3 bit "A4=1". <br> 4. In the 'per DRAM addressability' mode, all MRS command is qualified with DQ0 for x4 and x8, and DQL0 for x16. DRAM captures DQ0 for x4 and x8, and DQL0 for x16 by using DQS_c and DQS_t for x4 and x8, DQSL_c and DQSL_t for x16 signals as shown Figure 36.  If the value on DQ0 for x4 and x8, and DQL0 for x16 is 0 then the DRAM executes the MRS command. If the value on DQ0 is 1, then the DRAM ignores the MRS command. The controller can choose to drive all the DQ bits. <br><br> JESD 79-4C (January 2020), at Page 63. <br><br> In PDA mode, PDA commands include Mode Register Set (MRS) with DQ0=Low of the target DDR memory device to be programmed, as shown in the Simplified State Diagram of Figure 6, reproduced below. |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | <br><br>JESD 79-4C (January 2020), at Page 10. |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | As set forth in JESD 79-4C Table 35, reproduced in relevant part below, the MRS function includes at least one address signal, bank address signals, and a chip-select signal.<br><br>[BG=Bank Group Address, BA=Bank Address, RA=Row Address, CA=Column Address, BC_n=Burst Chop, X=Don't Care, V=Valid].<br><br>**Table 35 — Command Truth Table**<br><br><table><tr><td rowspan="2">Function</td><td rowspan="2">Abbreviation</td><td colspan="2">CKE</td><td rowspan="2">CS_n</td><td rowspan="2">ACT_n</td><td rowspan="2">RAS_n<br>/A16</td><td rowspan="2">CAS_n<br>/A15</td><td rowspan="2">WE_n/<br>A14</td><td rowspan="2">BG0-<br>BG1</td><td rowspan="2">BA0-<br>BA1</td><td rowspan="2">C2-C0</td><td rowspan="2">A12/<br>BC_n</td><td rowspan="2">A17,<br>A13,<br>A11</td><td rowspan="2">A10/<br>AP</td><td rowspan="2">A0-A9</td><td rowspan="2">NOTE</td></tr><tr><td>Previous<br>Cycle</td><td>Current<br>Cycle</td></tr><tr><td>Mode Register Set</td><td>MRS</td><td>H</td><td>H</td><td>L</td><td>H</td><td>L</td><td>L</td><td>L</td><td>BG</td><td>BA</td><td>V</td><td colspan="3">OP Code</td><td></td><td>12</td></tr></table><br><br>JESD 79-4C (January 2020), at Page 29.  MR3 is a MRS command that includes one row address signal A4=1 that sets the operating mode to the PDA Mode, as defined in Table 22, reproduced below.<br><br>**MR3**<br><br>**Table 22 — Mode Register 3**<br><br>| Address | Operating Mode | Description | |
|---|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS | |
| BG0, BA1:BA0 | MR Select | 000 = MR0<br>001 = MR1<br>010 = MR2<br>011 = MR3 | 100 = MR4<br>101 = MR5<br>110 = MR6<br>111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS | |
| A13 | RFU | 0 = must be programmed to 0 during MRS | |
| A12:A11 | MPR Read Format | 00 = Serial<br>01 = Parallel | 10 = Staggered<br>11 = Reserved |
| A10:A9 | Write CMD Latency when CRC and DM are enabled | (see Table 24) | |
| A8:A6 | Fine Granularity Refresh Mode | (see Table 23) | |
| A5 | Temperature sensor readout | 0 : disabled | 1: enabled |
| A4 | Per DRAM Addressability | 0 = Disable | 1 = Enable |
| A3 | Geardown Mode | 0 = 1/2 Rate | 1 = 1/4 Rate |<br><br>JESD 79-4C (January 2020), at Page 22. |

<u>US Patent No. 7,619,912 C1</u>

<u>Exhibit 2</u>

| '912 Patent | Accused Instrumentalities |
|---|---|
| | This is further illustrated in JESD 79-4C, Figure 38:<br><br><br><br>**Figure 38 — PDA using Burst Chop 4**<br><br>JESD 79-4C (January 2020), at Page 65.<br><br>In the context of to DDR4 LRDIMM, the JEDEC Standard No. 21C provides that the circuit further responds to a command signal and the set of input signals from the computer system by generating BCOM write command over BCOM[3:0] to control the DDR4 LRDIMM data buffers in order to forward the computer system data (DQ) signals to the DRAMs which use their DQ0 for device |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
| | selection. *See also* JESD82-31A (Aug. 2019), at Page 19 ("For MRS Write commands in PDA (Per DRAM Addressability) mode when the DIMM type bit in F0RC0D is set to '0' (LRDIMM), the DDR4RCD02 generates a BCOM Write command instead of a BCOM MRS Write command in order to forward the data buffer's host interface DQ inputs to the DRAMs which use their DQ0 pins for device selection."). *See also*, JESD82-31A (Aug. 2019), at Page 16:

**Table 7 — Multicycle Sequence for Write Commands**

| Time (clock cycle) | BCOM[3:0] | Description |
|---|---|---|
| 0 | Prev Cmd | Previous command or data transfer |
| 1 | WR | Write command |
| | | BCOM[3:0] = 1000 |
| 2 | DAT0 | Transfer the rank ID for write command |
| | | BCOM[1:0] = {RANK_ID[1:0]} for DRAM writes |
| | | Burst length information for Write data |
| | | BCOM[3:2] = {0, 0} for BC4 |
| | | BCOM[3:2] = {0, 1} for BC8 |
| 3 | PAR[3:0] | Even parity bits for WR command and data |
| | | PAR[x]: Parity bit for previous two BCOM[x] transfers |
| 4 | Next Cmd | Next Command |

This claim element is literally infringed (directly and/or indirectly) by Micron, as described herein, but is also infringed under the doctrine of equivalents because the structure and functionality provided by Micron is being used to satisfy this claim limitation and therefore there is no vitiation of this element, and the Accused Instrumentalities incorporate structure and functionality that is not substantially different from the requirements of this limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieve substantially or exactly the same result.

Accused Instrumentalities that are compliant with the DDR4 standard are configured to transmit command signals to only one DDR memory device at a time. To the extent that the Accused Instrumentalities do not literally meet this claim limitation, they perform this functionality in |

## US Patent No. 7,619,912 C1

## Exhibit 2

| '912 Patent | Accused Instrumentalities |
|---|---|
|  | substantially the same way by conveying an MRS command (MR3) and a DQ0 value to a DDR memory device while in PDA mode.  Specifically, only one DDR memory device that receives the MRS command (MR3) and DQ0=Low will perform the command when PDA mode is enabled, while DDR memory devices that receive the MRS command (MR3) but do not receive DQ0=Low will not perform the command.  The Accused Instrumentalities achieve the substantially same result by sending an MRS command (MR3) to DDR memory devices in which only one DDR memory device is provided with DQ0=Low.  Since only one of the DDR memory devices receives DQ0=Low, only that DDR memory device will perform the MRS command (MR3).  Therefore, to the extent the Accused Instrumentalities do not literally meet the claim element, there is an insubstantial difference in how the Accused Instrumentalities operate compared to this element, and the Accused Instrumentalities at least equivalently meet this limitation. |