IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| § | |
| MICRON TECHNOLOGY TEXAS, LLC, § | |
| MICRON SEMICONDUCTOR PRODUCTS § | |
| INC, MICRON TECHNOLOGY INC, § | |
| § | |
| Defendants. § | |

**ORDER**

Before the Court is the Unopposed Motion to Withdraw its Opposed Motion to Stay (the "Motion") filed by Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (collectively, "Micron"). (Dkt. No. 28.) In the Motion, Micron withdraws its Opposed Motion to Stay (Dkt. No. 21) as moot. (*Id*. at 1.) Plaintiff does not oppose. (*Id*. at 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Micron's Opposed Motion to Stay (Dkt. No. 21) is **withdrawn** from the docket.

**So ORDERED and SIGNED this 13th day of October, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE