IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| | § | |
| MICRON TECHNOLOGY, INC., *et al.* | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## ORDER

The Court issues this Order *sua sponte*. Before the Court is Micron's Motion for Leave to Supplement Dispositive Motions and Motions to Strike Based on Deposition Testimony Obtained After Briefing Closed (the "Motion"). (Dkt. No. 38.) The response to this Motion is due after the pre-trial conference. The Court finds that expedited briefing is warranted.

Accordingly, the Court **ORDERS** *sua sponte* that Netlist's response to the Motion, if any, must be filed no later than **4:00 p.m. CST** on **Monday, March 4, 2024**.

**So ORDERED and SIGNED this 1st day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE