IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § <br> § <br> Plaintiff, § <br> § <br> v. §    CIVIL ACTION NO. 2:22-CV-00294-JRG <br> § <br> MICRON TECHNOLOGY, INC., *et al.* § <br> § <br> Defendants. § <br> § | |

## ORDER

The Court issues this Order *sua sponte*. Before the Court is Micron's Motion for Leave to Supplement Dr. Matthew Lynde's Expert Report (the "Motion"). (Dkt. No. 40.) The response to this Motion is due after the pre-trial conference. The Court finds that expedited briefing is warranted.

Accordingly, the Court **ORDERS** *sua sponte* that Netlist's response to the Motion, if any, must be filed no later than **5:00 p.m. CST** on **Monday, March 4, 2024**.

**So Ordered this**
**Mar 2, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE