# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:22-cv-294-JRG |
| ) | |
| MICRON TECHNOLOGY, INC.; MICRON ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT NOTICE OF PENDING MOTIONS

Pursuant to the Court's Order, the Plaintiff Netlist, Inc. ("Netlist") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC respectfully submit the following list of pending motions in the above-captioned case.

| | Dkt.[1] | Motion Description |
|---|---|---|
| 1. | 288 (22-cv-293) | Micron Motion to Stay Pending Resolution of IPR |
| 2. | 340 (22-cv-293) | Netlist Motion for Summary Judgment re Micron RAND Defense |
| 3. | 345 (22-cv-293) | Micron Motion for Summary Judgment re Non-infringement of '912 and '417 Patents |
| 4. | 354 (22-cv-293) | Netlist Motion to Strike Lynde |
| 5. | 358 (22-cv-293) | Netlist Motion to Strike Halbert |
| 6. | 360 (22-cv-293) | Micron Motion to Strike Kennedy |
| 7. | 362 (22-cv-293) | Netlist Motion for Summary Judgment Asserted Patents Not Standard Essential |

---

[1] Motions filed before the Court's de-consolidation order were filed in the previous lead case (22-cv-293), motions filed after that order are filed in the separate docket for this case (22-cv-294). The table below specifies the docket in which the motion was filed.

1

| 8.  | 364 (22-cv-293) | Netlist Motion to Strike Stone |
|-----|-----------------|---------------------------------|
| 9.  | 366 (22-cv-293) | Netlist Motion for Summary Judgment on Micron Affirmative Defenses |
| 10. | 367 (22-cv-293) | Micron Motion for Summary Judgment on Pre-Suit Damages |
| 11. | 368 (22-cv-293) | Micron Motion to Strike Gillingham |
| 12. | 369 (22-cv-293) | Micron Motion to Strike Mangione-Smith |
| 13. | 370 (22-cv-293) | Micron Motion for Summary Judgment Lack of Written Description for US Patent '417 |
| 14. | 607 (22-cv-293) | Netlist's Motion for Consolidation |
| 15. | 608 (22-cv-293) | Netlist's Motion for Leave to Supplement Expert Reports |
| 16. | 610 (22-cv-293) | Netlist's Motion in Limine in Micron Case |
| 17. | 613 (22-cv-293) | Micron's Omnibus Motion in Limine |
| 18. | 660 (22-cv-293) | Micron's Motion to Compel Production of Expert Deposition Transcript from Lead Case |
| 19. | 38 (22-cv-294)  | Micron's Motion for Leave to Supplement Dispositive Motions and Motions to Strike Based on Deposition Testimony Obtained After Briefing Closed |
| 20. | 40 (22-cv-294)  | Micron's Motion for Leave to Supplement Dr. Matthew Lynde's Expert Report |

Dated: March 4, 2024

Respectfully submitted,

*/s/ Jason G. Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)

2

mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

By: /s/  Michael R. Rueckheim

    Thomas M. Melsheimer
    State Bar No. 13922550
    TMelsheimer@winston.com

    Natalie Arbaugh
    State Bar No. 24033378
    NArbaugh@winston.com
    WINSTON & STRAWN LLP
    2121 N. Pearl Street, Suite 900
    Dallas, TX 75201
    Telephone: (214) 453-6500
    Facsimile: (214) 453-6400

    David P Enzminger (pro hac vice)
    denzminger@winston.com
    WINSTON & STRAWN LLP
    333 South Grand Avenue, 38th Floor
    Los Angeles, CA 90071-1543
    Telephone: (213) 615-1700
    Facsimile: (213) 615-1750

    Michael R. Rueckheim
    State Bar No. 24081129
    MRueckheim@winston.com
    WINSTON & STRAWN LLP
    255 Shoreline Drive, Suite 520
    Redwood City, CA 94065
    Telephone: (650) 858-6500
    Facsimile: (650) 858-6559

    William M. Logan
    State Bar No. 24106214
    wlogan@winston.com
    Juan C. Yaquian

*Pro Hac Vice*
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR DEFENDANTS
MICRON TECHNOLOGY, INC.,
MICRON SEMICONDUCTOR
PRODUCTS, INC., AND
MICRON TECHNOLOGY TEXAS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on March 4, 2024, a copy of the foregoing was served to all counsel of record.

*/s/ Yanan Zhao*
Yanan Zhao