IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | CASE NO. 2:22-cv-00294-JRG |
| | § | |
| MICRON TECHNOLOGY, INC., et al | § | |
| | § | |

MINUTES FOR PRETRIAL CONFERENCE – DAY 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 7, 2024

**OPEN:** 09:03 AM                                                                             **ADJOURN:** 02:32 PM

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:        See attached

LAW CLERKS:                                       Dylan Freeman
                                                              Jeffrey Jacobsen
                                                              Amy Wann

COURT REPORTER:                             Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                       Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:02 AM | Court opened. |
| 09:02 AM | Court proceeded with Day 2 of pretrial conference covering disputes re: MILs and exhibits for pre-admission. |
| 09:02 AM | Court updated the parties re: moving trial date from April 22, 2024 to April 29, 2024. |
| 09:04 AM | Counsel updated the Court re: meet and confer efforts re: disputed MILS. |
| 09:05 AM | Court made rulings re: parties' agreement re: narrowed MILs as set forth in the record. |
| 09:05 AM | Court proceeded to hear argument re: parties' remaining objections to MILs: |
| 09:06 AM | Netlist's disputed MILs: |
| 09:07 AM | MIL 3: Argument presented. |
| 09:13 AM | Court ruling: GRANTED with instructions as set forth in the record. |
| 09:14 AM | MIL 4: Argument presented. |
| 09:16 AM | Court ruling: DENIED. |
| 09:17 AM | MIL 5: Argument presented. |
| 09:22 AM | Court ruling: DENIED. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:24 AM | Micron's disputed MILs: |
| 09:24 AM | MIL 1: Argument presented. |
| 09:35 AM | Court made rulings as set forth in the record. |
| 09:38 AM | Additional argument presented. |
| 09:57 AM | Court made additional rulings as set forth in the record. |
| 09:58 AM | MIL 2: Argument presented. |
| 10:08 AM | Court made rulings as set forth in the record. |
| 10:10 AM | MIL 3: Argument presented. |
| 10:25 AM | Court made rulings as set forth in the record. |
| 10:28 AM | MIL 4: Argument presented. |
| 10:34 AM | Court ruling: GRANTED with instructions as set forth in the record. |
| 10:35 AM | MIL 5: Argument presented. |
| 10:38 AM | Court made rulings as set forth in the record. |
| 10:38 AM | Conclusion of arguments re: MILs. |
| 10:38 AM | Court to recess and directed the parties to continue with meet and confer efforts re: unresolved exhibit disputes. |
| 10:40 AM | Recess. |
| 01:19 PM | Court reconvened. |
| 01:19 PM | Court was provided an update re: meet and confer efforts. |
| 01:20 PM | Resolution reached by the parties re: narrowing of exhibit disputes and recited into the record by Mr. Hill on behalf of Defendants and Mr. Sheasby on behalf of Plaintiff. |
| 01:38 PM | Court began hearing argument re: objections to remaining exhibits. |
| 01:38 PM | Micron's Objections to Netlist's Proposed Exhibits: |
| 01:38 PM | Bucket 1: Argument presented. |
| 01:55 PM | Court made rulings as set forth in the record. |
| 01:55 PM | Bucket 6: Argument presented. |
| 01:57 PM | Court made rulings as set forth in the record. |
| 01:58 PM | Bucket 10: Argument presented. |
| 02:04 PM | Court made rulings as set forth in the record. |
| 02:04 PM | Netlist's Objections to Micron's Proposed Exhibits: |
| 02:04 PM | Bucket 1: Argument presented. |
| 02:12 PM | Court made rulings as set forth in the record. |
| 02:12 PM | Bucket 3: Argument presented. |
| 02:18 PM | Court made rulings as set forth in the record. |
| 02:18 PM | Exhibit DX 2: Argument presented. |
| 02:28 PM | Court made rulings as set forth in the record. |
| 02:30 PM | Arguments re: pre-admission exhibit disputes concluded. |
| 02:31 PM | Completion of pretrial process. |
| 02:32 PM | Court adjourned. |