IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § § *Plaintiff*, § § v. § § MICRON TECHNOLOGY, INC., *et al.* § § *Defendants*. § § | CIVIL ACTION NO. 2:22-CV-00294-JRG |

**ORDER**

Before the Court is Micron's Unopposed Motion to Shorten Response Time (the "Motion"). (Dkt. No. 94.) In the Motion, Micron moves to shorten Netlist's deadline to respond to its Motion to Stay or, Alternative, Sever and Stay the Asserted '912 Patent, In View of Final Written Decision of Invalidity (Dkt. No. 93) to April 22, 2024. (*Id.*) Netlist does not oppose the Motion.

The Court finds that expedited briefing is warranted. Accordingly, the Court **GRANTS** the Motion. It is therefore **ORDERED** that Netlist's response to the Motion, if any, is due no later than **3:00pm CT on Monday, April 22, 2024**.

So ORDERED and SIGNED this 18th day of April, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE