IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| | § | |
| MICRON TECHNOLOGY, INC., *et al.* | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

### ORDER

The Court issues this Order *sua sponte*. Before the Court is Micron's Opposed Motion for Continuance (the "Motion"). (Dkt. No. 101.) The response to this Motion is currently due after jury selection in this case. The Court finds that expedited briefing is warranted.

Accordingly, the Court **ORDERS** *sua sponte* that Netlist's response to the Motion, if any, must be filed no later than **5:00 p.m. CST** on **Tuesday, April 23, 2024**.

**So ORDERED and SIGNED this 22nd day of April, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE