IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § § § | |
| v. | § § | CASE NO. 2:22-cv-00294-JRG |
| MICRON TECHNOLOGY, INC., *et al* | § § § | |

### ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during trial and deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So Ordered this**

**Apr 30, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE