IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NETLIST, INC.** § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| **MICRON TECHNOLOGY, INC.,** § | |
| **MICRON SEMICONDUCTOR** § | |
| **PRODUCTS, INC., and MICRON** § | |
| **TECHNOLOGY TEXAS LLC** § | |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### May 20, 2024

**OPEN:** 09:21 AM                                                              **ADJOURN:** 06:21 PM

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANTS:   See attached

LAW CLERKS:        Dylan Freeman
                   Brendan McLaughlin
                   Amy Wann

COURT REPORTER:    Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:  Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:21 AM | Court opened. |
| 09:21 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:34 AM | Court called for announcements from the parties. |
| 09:35 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:44 AM | Prospective Jurors began introduction of themselves. |
| 10:09 AM | Court provided additional instructions to Jury Pool. |
| 10:13 AM | *Voir dire* on behalf of Plaintiff by Ms. Truelove. |
| 10:44 AM | *Voir dire* on behalf of Defendants by Mr. Hill. |
| 11:14 AM | Bench conference with counsel. |
| 11:14 AM | Bench conference concluded. |
| 11:17 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:20 AM | Remainder of Jury Pool recessed. |
| 11:21 AM | Counsel approached bench. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:22 AM | Strike conference began with specifically named juror(s). |
| 11:49 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:50 AM | Recess. |
| 12:17 PM | Court reconvened. |
| 12:17 PM | Instructions given by the Court.  Jurors selected. |
| 12:20 PM | Jurors sworn. |
| 12:23 PM | Remainder of Jury Pool excused. |
| 12:24 PM | Additional instructions given by the Court. |
| 12:43 PM | Jury recessed for lunch. |
| 12:43 PM | Court instructed parties to continue with meet and confer efforts re: unresolved disputes re: objections to demonstratives. |
| 12:46 PM | Recess. |
| 01:42 PM | Court reconvened. |
| 01:42 PM | Counsel provided update to the Court re: meet and confer efforts re: objections to demonstratives. |
| 01:43 PM | Jury returned to courtroom. |
| 01:44 PM | Court gave preliminary instructions to Jury. |
| 02:18 PM | Notebooks provided to Jury. |
| 02:18 PM | Continuation of Court's preliminary instructions to Jury. |
| 02:25 PM | Bench conference. |
| 02:26 PM | Bench conference concluded. |
| 02:26 PM | Court provided explanation to Jury re: oversight during preliminary instructions. |
| 02:27 PM | Plaintiff's opening statement by Mr. Sheasby. |
| 02:56 PM | Defendants' opening statement by Mr. Melsheimer. |
| 03:24 PM | Opening statements concluded. |
| 03:24 PM | Rule invoked to exclude expert witnesses. |
| 03:25 PM | Plaintiff's case-in-chief: |
| 03:25 PM | Witness sworn. |
| 03:26 PM | Direct examination of Mr. Scott Milton by Mr. Sheasby. |
| 03:51 PM | Bench conference. |
| 03:52 PM | Bench conference concluded. |
| 03:52 PM | Continuation direct examination of Mr. Scott Milton by Mr. Sheasby. |
| 04:15 PM | Jury recessed for break. |
| 04:15 PM | Recess. |
| 04:29 PM | Court reconvened. |
| 04:29 PM | Court requested update from counsel re: unresolved disputes. |
| 04:31 PM | Jury returned to courtroom. |
| 04:31 PM | Cross examination of Mr. Scott Milton by Mr. Melsheimer. |
| 05:16 PM | Redirect examination of Mr. Scott Milton by Mr. Sheasby. |
| 05:27 PM | Recross examination of Mr. Scott Milton by Mr. Melsheimer. |
| 05:30 PM | Completion of testimony of Mr. Scott Milton. |
| 05:31 PM | Witness sworn. |
| 05:32 PM | Direct examination of Mr. Noel Whitley by Ms. Truelove. |
| 05:44 PM | Cross examination of Mr. Noel Whitley by Mr. Hill. |
| 05:58 PM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 06:04 PM | Bench conference concluded. |
| 06:04 PM | Continuation cross examination of Mr. Noel Whitley by Mr. Hill. |
| 06:10 PM | Redirect examination of Mr. Noel Whitley by Ms. Truelove. |
| 06:12 PM | Recross examination of Mr. Noel Whitley by Mr. Hill. |
| 06:12 PM | Completion of testimony of Mr. Noel Whitley. |
| 06:12 PM | Court provided instructions to the Jury. |
| 06:15 PM | Jury recessed for the day until 8:30 AM tomorrow morning. |
| 06:16 PM | Court addressed unresolved disputes re: objections to deposition designations. |
| 06:17 PM | Counsel provided update.  Court to CARRY ruling. |
| 06:17 PM | Court instructed counsel to continue with meet and confer efforts. |
| 06:17 PM | Mr. Sheasby presented an issue and the Court made rulings as set forth in the record. |
| 06:20 PM | Court encouraged the parties to continue with meet and confer efforts.  Court will be available by 7:30 AM tomorrow morning to take up unresolved disputes. |
| 06:21 PM | Court adjourned. |