# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC.;<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC.; MICRON<br>TECHNOLOGY TEXAS LLC,<br><br>Defendants. | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF MICRON DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

I, Michael R. Rueckheim, declare as follows:

1. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") in the above captioned matter. I am a member in good standing of the State Bar of Texas. I provide this declaration in support of Micron's Request for Judicial Notice.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the trial transcript in this case dated May 20, 2024.

I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2024

                                                      /s/ *Michael R. Rueckheim*
                                                      Michael R. Rueckheim