IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NETLIST, INC.** § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:22-CV-00294-JRG** |
| § | |
| **MICRON TECHNOLOGY, INC.,** § | |
| **MICRON SEMICONDUCTOR** § | |
| **PRODUCTS, INC., and MICRON** § | |
| **TECHNOLOGY TEXAS LLC** § | |

**MINUTES FOR JURY TRIAL DAY NO. 2**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
May 21, 2024

**OPEN:** 08:27 AM          **ADJOURN:** 06:34 PM

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANTS:       See attached

LAW CLERKS:                     Dylan Freeman
                                Brendan McLaughlin
                                Amy Wann

COURT REPORTER:                 Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:               Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:27 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:30 AM | Jury entered the courtroom. |
| 08:31 AM | Continuation Plaintiff's case-in-chief: |
| 08:31 AM | Witness sworn. |
| 08:32 AM | Direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 10:04 AM | Bench conference. |
| 10:05 AM | Bench conference concluded. |
| 10:05 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 10:20 AM | Bench conference. |
| 10:21 AM | Bench conference concluded. |
| 10:21 AM | Jury recessed for break. |
| 10:22 AM | Recess. |
| 10:42 AM | Court reconvened. |
| 10:42 AM | Jury returned to courtroom. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:43 AM | **Courtroom sealed**. |
| 10:44 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 10:50 AM | Bench conference. |
| 10:51 AM | Bench conference concluded. |
| 10:51 AM | Objection raised. |
| 10:51 AM | Jury retired to jury room. |
| 10:52 AM | Court heard argument outside presence of the jury. |
| 10:58 AM | Court made rulings as set forth in the record. |
| 11:02 AM | Jury returned to courtroom. |
| 11:03 AM | Court directed jury to disregard a certain portion of Dr. William Mangione-Smith's testimony. |
| 11:04 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 11:09 AM | **Courtroom unsealed**. |
| 11:10 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 11:24 AM | Cross examination of Dr. William Mangione-Smith by Mr. Mann. |
| 12:01 PM | Jury recessed for lunch break. |
| 12:02 PM | Recess. |
| 01:02 PM | Court reconvened. |
| 01:02 PM | Court made rulings as set forth in the record re: surviving deposition dispute re: witness, Mr. Robert Beal. |
| 01:03 PM | Jury returned to courtroom. |
| 01:04 PM | Continuation cross examination of Dr. William Mangione-Smith by Mr. Mann. |
| 01:06 PM | Bench conference. |
| 01:11 PM | Bench conference concluded. |
| 01:11 PM | Continuation cross examination of Dr. William Mangione-Smith by Mr. Mann. |
| 02:02 PM | Redirect examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 02:11 PM | Bench conference. |
| 02:14 PM | Bench conference concluded. |
| 02:14 PM | Continuation redirect examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 02:31 PM | Recross examination of Dr. William Mangione-Smith by Mr. Mann. |
| 02:36 PM | Completion of testimony of Dr. William Mangione-Smith. |
| 02:36 PM | Ms. Carson introduced the video designation of Mr. Frank Ross. |
| 02:55 PM | Video designation of Mr. Frank Ross concluded. |
| 02:55 PM | Ms. Carson introduced the video designation of Mr. Scott Smith. |
| 02:56 PM | Court provided explanation to the Jury re: Mr. Smith testifying by video designation and later appearing live to testify during the trial. |
| 02:57 PM | Presentation of video designation of Mr. Scott Smith. |
| 03:01 PM | Video designation of Mr. Scott Smith concluded. |
| 03:02 PM | Jury recessed for break. |
| 03:02 PM | Recess. |
| 03:25 PM | Court reconvened. |
| 03:26 PM | Jury returned to courtroom. |
| 03:26 PM | Mr. Rowles introduced the video designation of Mr. Garret Davey. |
| 03:27 PM | **Courtroom sealed**. |
| 03:28 PM | Presentation of video designation of Mr. Garret Davey. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:37 PM | Video designation of Mr. Garret Davey concluded. |
| 03:37 PM | **Courtroom unsealed**. |
| 03:38 PM | Mr. Rowles introduced the video designation of Mr. Boe Holbrook. |
| 03:44 PM | Video designation of Mr. Boe Holbrook concluded. |
| 03:44 PM | Mr. Rowles introduced the video designation of Mr. Scott Cyr. |
| 03:57 PM | Video designation of Mr. Scott Cyr concluded. |
| 03:57 PM | Mr. Rowles introduced the video designation of Mr. Robert Beal. |
| 04:01 PM | Video designation of Mr. Robert Beal concluded. |
| 04:01 PM | Mr. Rowles introduced the video designation of Mr. Tyler Morton. |
| 04:06 PM | Video designation of Mr. Tyler Morton concluded. |
| 04:07 PM | Witness sworn. |
| 04:07 PM | Direct examination of Mr. David Kennedy by Ms. Carson. |
| 04:18 PM | Bench conference. |
| 04:19 PM | Bench conference concluded. |
| 04:19 PM | Continuation direct examination of Mr. David Kennedy by Ms. Carson. |
| 05:18 PM | Jury recessed for break. |
| 05:19 PM | Court directed counsel to meet and confer and jointly submit an updated proposed final jury instruction and jury verdict form by 4:00 PM tomorrow in Word format and electronically transmitted to Court staff. |
| 05:20 PM | Recess. |
| 05:29 PM | Court reconvened. |
| 05:29 PM | Jury returned to courtroom. |
| 05:30 PM | Cross examination of Mr. David Kennedy by Mr. Enzminger. |
| 06:06 PM | Bench conference. |
| 06:07 PM | Bench conference concluded. |
| 06:07 PM | Continuation cross examination of Mr. David Kennedy by Mr. Enzminger. |
| 06:11 PM | **Courtroom sealed**. |
| 06:12 PM | Continuation cross examination of Mr. David Kennedy by Mr. Enzminger. |
| 06:21 PM | **Courtroom unsealed**. |
| 06:21 PM | Continuation cross examination of Mr. David Kennedy by Mr. Enzminger. |
| 06:25 PM | Completion of testimony of Mr. David Kennedy. |
| 06:25 PM | Court provided instructions to the Jury. |
| 06:26 PM | Jury recessed for the day until 8:30 AM tomorrow morning. |
| 06:34 PM | Court adjourned. |