
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC, <br><br> *Defendants*. | § § § § § § § § § § § CIVIL ACTION NO. 2:22-CV-00294-JRG |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM

**QUESTION NO. 1a:**

Did Netlist, the Plaintiff, prove by a preponderance of the evidence that Micron, the Defendants, infringed Claim 16 of **'912 Patent**?

Yes: ✓   **OR**   No: _____

**QUESTION NO. 1b:**

Did Netlist, the Plaintiff, prove by a preponderance of the evidence that Micron, the Defendants, infringed any of the Asserted Claims of the **'417 Patent**?

Yes: ✓   **OR**   No: _____

4

**If you answered "YES" to Question 1a, then answer Question 2a. If you answered "NO" to Question No. 1a, then DO NOT answer Question No. 2a.**

**QUESTION NO. 2a**

What sum of money, if paid now in cash, has Netlist proven by a preponderance of the evidence would compensate it for its damages for infringement of the **'912 Patent**?

    Answer in United States Dollars and Cents, if any:

$ __425,000,000.00__

**If you answered "YES" to Question 1b, then answer Question 2b. If you answered "NO" to Question No. 1b, then DO NOT answer Question No. 2b.**

**Answer Question No. 2b ONLY as to any Asserted Claim of the '417 Patent that you have found infringed.**

**QUESTION NO. 2b**

What sum of money, if paid now in cash, has Netlist proven by a preponderance of the evidence would compensate it for its damages for infringement of the **'417 Patent**?

    Answer in United States Dollars and Cents, if any:

$ __20,000,000.00__

5

**If you answered "YES" to Question 1a, then answer Question 3a. If you answered "NO" to Question No. 1a, then DO NOT answer Question No. 3a.**

**QUESTION NO. 3a**

Did Netlist prove by a preponderance of the evidence that Micron willfully infringed claim 16 the **'912 Patent**?

Yes: ___✓___   **OR**   No: _____

**If you answered "YES" to Question 1b, then answer Question 3b. If you answered "NO" to Question No. 1b, then DO NOT answer Question No. 3b.**

**Answer Question No. 3b ONLY as to any Asserted Claim of the '417 Patent that you have found infringed.**

**QUESTION NO. 3b**

Did Netlist prove by a preponderance of the evidence that Micron willfully infringed ANY of the Asserted Claims of the **'417 Patent**?

Yes: ___✓___   **OR**   No: _____

6

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __23 Rd__ day of May, 2024

_____
Jury Foreperson