# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-294-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., | ) |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS INC., MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF NETLIST, INC.'S MEMORANDUM REGARDING PX-23**

Netlist lodges this notice to identify for the Court specific pages of PX-23 that Micron may intend to show the jury during closing arguments that would violate the Court's standing motions *in limine*. ███████████

███████████

███████████. Based on that representation, the Court indicated that it would ███████████

███████████.

With closing statements coming soon, Netlist asked Micron's counsel to confirm that it would not be showing pages of PX-23 during closing that had not previously been shown to the jury and that violate the Court's MILs.[1] ███████████

███████████

███████████

Netlist identifies the following pages of PX-23 that would violate the Court's MILs, and thus require leave of Court prior to publication or other introduction to the jury: ███████████

███████████.

By way of example, ███████████

███████████:

---

[1] To date, only the following pages of PX-23 have been shown to the jury: ███████████
███████████

- 1 -



This slide plainly violates ███████████████████████████████████████ ████████████████████████ and should be redacted in full.  This slide should not be shown to the jury, either through closing statements or through the jury requesting PX-23.

As another example, █████████████████████████████ █████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████ ████████████████



This slide plainly violates Court MIL No. 6 and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ should be redacted before it is given to the jury.

    None of the slides identified above relate to any facts elicited in this case. More importantly, they would violate the Court's MILs. As such, Micron would be required to seek leave of Court before showing any of these slides during closing statements.

| | |
|---|---|
| Dated: May 23, 2024 | Respectfully submitted, |
| | */s/ Jason G. Sheasby* |
| | Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099 |
| | Jason G. Sheasby (*pro hac vice*)<br>jsheasby@irell.com<br>Annita Zhong, Ph.D. (*pro hac vice*)<br>hzhong@irell.com<br>Andrew J. Strabone (*pro hac vice*)<br>astrabone@irell.com<br>Yanan Zhao (*pro hac vice*)<br>yzhao@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com |
| | **IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199 |
| | ***Attorneys for Plaintiff Netlist, Inc.*** |

_____

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I hereby certify that the foregoing document and exhibits attached hereto contain information that is authorized to be filed under seal pursuant to the Protective Order entered in this Case.

*/s/ Yanan Zhao*
Yanan Zhao

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 23, 2024, a copy of the foregoing was served to all counsel of record via Email as agreed by the parties.

*/s/ Yanan Zhao*
Yanan Zhao