**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-294-JRG |
| | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT MOTION TO EXTEND DEADLINE
FOR NETLIST'S MOTION FOR COSTS**

Plaintiff Netlist, Inc. ("Netlist") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (together, "Micron") hereby jointly seek a short extension of the deadline for Netlist's bill of costs.

On July 11, 2024, this Court entered judgment in this matter for $445,000,000.00 and awarded costs to Netlist. Netlist provided its proposed bill of costs to Micron on July 11, 2024. Netlist met and conferred with Micron regarding the bill of costs on July 24, 2024. Netlist's bill of costs is presently due July 25, 2024. Fed. R. Civ. P. 54(b). The parties are making meaningful progress on resolving the remaining disputes with the items listed in Netlist's bill of costs.

The parties jointly seek this short extension of Netlist's deadline to file its bill of costs to August 1, 2024 to resolve the remaining disputes with the items listed in Netlist's bill of costs. No other deadlines are amended at this time.

Dated: July 25, 2024	Respectfully submitted,

/s/ Jason Sheasby

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
H. Annita Zhong (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com

Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
Michael Harbour (*pro hac vice*)
mharbour@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Philip Warrick
New York Bar No. 4471413
pwarrick@irell.com

**IRELL & MANELLA LLP**
750 17th Street NW, Suite 850
Washington, DC 20006
Tel. (310) 777-6512
Fax (310) 317-7252

*Attorneys for Plaintiff Netlist, Inc.*


Dated: July 25, 2024                    Respectfully submitted,

By: */s/ Wesley Hill*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129

MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Ste 520
Redwood City, CA 9405
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

David Enzminger
*Pro Hac Vice Pending*
DEnzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Matthew Hopkins
*Pro Hac Vice Pending*
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5862
Facsimile: (202) 282-5100

William Logan
State Bar No. 24106214
WLogan@Winston.com
Juan Yaquian
JYaquian@Winston.com
State Bar No. 24110559
*Pro Hac Vice Pending*
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700


Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com

WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 25, 2024, a copy of the foregoing was served to all counsel of record via the Court's ECF/CM system.

>                             */s/ Michael Tezyan*
>                             Michael Tezyan

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties met and conferred and Netlist and Micron both join this motion.

>                             */s/ Michael Tezyan*
>                             Michael Tezyan