IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| § | |
| MICRON TECHNOLOGY, INC., *et al.* § | |
| § | |
| Defendants. § | |
| § | |

## ORDER

Before the Court is the Joint Motion to Extend Deadline for Netlist's Motion for Costs (the "Motion"). (Dkt. No. 152.) In the Motion, the parties request that the deadline for Netlist to file a bill of costs be extended to August 1, 2024. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Netlist's deadline to file a bill of costs is **extended** up to and including **August 1, 2024**.

**So ORDERED and SIGNED this 29th day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE