IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| NETLIST, INC., | § |
|---|---|
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 2:22-CV-00294-JRG |
| MICRON TECHNOLOGY, INC., *et al.* | § |
| *Defendants*. | § |

# ORDER

Before the Court is Plaintiff Netlist, Inc. ("Netlist") and Defendants Micron Technology Texas, LLC, Micron Semiconductor Products Inc., and Micron Technology Inc.'s ("Micron") Joint Motion to Extend Deadlines (the "Motion"). (Dkt. No. 176.) In the Motion, the parties move for an extension of their existing deadlines for filing reply and sur-reply briefs to Micron's Renewed Motions for Judgment of a Matter of Law on the issues of damages (Dkt. No. 156), no willfulness (Dkt. No. 157), and non-infringement (Dkt. No. 159), and a Motion for a New Trial (Dkt. No. 158) (the "Post-Trial Motions"). (Dkt. No. 176 at 1-2.) The parties' proposed briefing schedule is as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Reply In Support of Defendants' Renewed Motion for Judgment as a Matter of Law on Damages [Dkt. 156] | October 3, 2024 | October 10, 2024 |
| Reply In Support of Defendants' Renewed Motion for Judgment as a Matter of Law of No Willfulness of the Asserted Patents [Dkt. 157] | October 3, 2024 | October 10, 2024 |
| Reply In Support of Defendants' Rule 59 Motion for New Trial [Dkt. 158] | October 3, 2024 | October 10, 2024 |
| Reply In Support of Defendants' Rule 50(B) Motion for Judgment as a Matter of Law for Non-Infringement Regarding U.S. Patent Nos. 7,619,912 and 11,093,417 [Dkt. 159] | October 3, 2024 | October 10, 2024 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Sur-Reply to Defendants' Renewed Motion for Judgment as a Matter of Law on Damages [Dkt. 156] | October 17, 2024 | October 30, 2024 |
| Sur-Reply to Defendants' Renewed Motion for Judgment as a Matter of Law of No Willfulness of the Asserted Patents [Dkt. 157] | October 17, 2024 | October 30, 2024 |
| Sur-Reply to Defendants' Rule 59 Motion for New Trial [Dkt. 158] | October 17, 2024 | October 30, 2024 |
| Sur-Reply to Defendants' Rule 50(B) Motion for Judgment as a Matter of Law for Non-Infringement Regarding U.S. Patent Nos. 7,619,912 and 11,093,417 [Dkt. 159] | October 17, 2024 | October 30, 2024 |

The parties state that good cause exists for the extension to allow them additional time to prepare meaningful briefing of the issues for the Court's consideration. (Dkt. No. 176 at 2.)

Having considered the Motion for Extension, and noting its joint nature, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the parties' deadlines for the Post-Trial Motions are **extended** according to the new proposed schedule above.

**So ORDERED and SIGNED this 4th day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE