IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| | § | |
| MICRON TECHNOLOGY, INC., *et al.* | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s Notice Regarding Agreed Bill of Costs (the "Bill of Costs"). (Dkt. No. 154). In the Bill of Costs, the parties agree that recoverable costs in this case amount to $185,000. (Dkt. No. 154-1 at 1.) Having considered the Notice, and noting the parties' agreement, the Court **ACCEPTS AND ACKNOWLEDGES** the Notice. The Court therefore **ORDERS** entry of a Bill of Costs in the amount of $185,000.

**So Ordered this**

**Oct 8, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE