UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., </br></br> Plaintiff, </br></br> vs. </br></br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS INC., MICRON TECHNOLOGY TEXAS LLC, </br></br> Defendants. | Case No. 2:22-cv-294-JRG </br></br> JURY TRIAL DEMANDED |

**JOINT NOTICE OF REDACTIONS**

Pursuant to the Court's order, Dkt. 190, the parties hereby jointly file this notice with a redacted version of the Court's Sealed Memorandum Opinion and Order dated June 11, 2025 ("Sealed Order"). A redacted version of the Sealed Order is attached as **Exhibit A**.

| | |
|---|---|
| Dated: June 18, 2025 | Respectfully submitted, |

/s/ Jason G. Sheasby

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
H. Annita Zhong (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*


/s/ Thomas M. Melsheimer
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900

> Dallas, TX 75201
> Telephone: (214) 453-6500
> Facsimile: (214) 453-6400
>
> David P Enzminger
> WINSTON & STRAWN LLP
> 333 South Grand Avenue
> 38th Floor
> Los Angeles, CA 90071-1543
> 213-615-1780
> Fax: 213-615-1750
> Email: denzminger@winston.com
>
> Michael R. Rueckheim
> State Bar No. 24081129
> MRueckheim@winston.com
> WINSTON & STRAWN LLP
> 255 Shoreline Drive, Suite 520
> Redwood City, CA 94065
> Telephone: (650) 858-6500
> Facsimile: (650) 858-6559
>
> ***Attorneys for the Micron Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that, on June 18, 2025, a copy of the foregoing was served to all counsel of record via the Court CM/ECF system.

> */s/ Andrew Henderson*
> Andrew Henderson

3