IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICRON TECHNOLOGY, INC.;<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC.; MICRON<br>TECHNOLOGY TEXAS LLC,<br><br>          Defendants. | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

## MICRON DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC[1] ("Micron") hereby appeal to the U.S. Court of Appeals for the Federal Circuit from (1) the Final Judgment of the District Court (Dkt. No. 151), (2) the Memorandum Opinion and Order denying Micron's Motion for Judgment as a Matter of Law of Non-Infringement for U.S. Patent Nos. 7,619,912 and 11,093,417 (Dkt. No. 190), (3) the Memorandum Opinion and Order denying Micron's Motion for Judgment as a Matter of Law of no Willfulness (Dkt. No. 191), (4) the Memorandum Opinion and Order denying Micron's Renewed Motion for Judgment as a Matter of Law on Damages (Dkt. No. 192), (5) the Memorandum Opinion and Order denying Micron's Motion for a New Trial (Dkt. No. 193), (6) the Claim Construction Memorandum Opinion and Order (Dkt.

---

[1] Although Micron Technology Texas LLC was dissolved in October 2023, it joins this notice of appeal as necessary and to the extent appropriate under Idaho Code § 30-25-702 for the purpose of winding up its activities and affairs.

1

No. 228, Case No. 2:22-cv-00293-JRG), and (7) any and all other decisions, findings, orders, rulings, opinions, and/or conclusions entered in this action or merged into, incorporated in, or related to the Final Judgment decided adversely to Micron.

Dated: July 9, 2025

Respectfully submitted,

*/s/ Michael R. Rueckheim*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Rex Mann
State Bar No. 24075509
RMann@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453 6500
Facsimile: (214) 453 6400

David P. Enzminger (pro hac vice)
DEnzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (pro hac vice)
RPark@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858 6500

Facsimile: (650) 858 6559

Aldo A. Badini
abadini@winston.com
WINSTON & STRAWN LLP
200 Park Ave., Floor Ave., Flr. 43
New York, NY 10166-4193
Telephone: (212) 294-4601
Facsimile: (212) 294-4700

Brian J. Nisbet
Maureen L. Rurka
bnisbet@winston.com
mrurka@winston.com
WINSTON & STRAWN LLP
5 West Wacker Drive, Ste. 4200
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 5585700

Matthew Hopkins (pro hac vice)
State Bar No. 1500598
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282 5000
Facsimile: (202) 282 5100

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (pro hac vice)
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651 2600
Facsimile: (713) 651 2700

**ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including counsel of record for Plaintiff Netlist Inc.

*/s/ Michael R. Rueckheim*
Michael R. Rueckheim
