**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., *Plaintiff*, v. MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, *Defendants*. | § § § § § § § § § | CIVIL ACTION NO. 2:22-CV-00294-JRG |

## ORDER

Before the Court is the Joint Motion Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Netlist, Inc. ("Plaintiff") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (together, "Defendants") (collectively, the "Parties"). (Dkt. No. 203). In the Stipulation, the Parties stipulate to the dismissal of all claims against Defendants with prejudice and all counterclaims against Plaintiff without prejudice pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. (*Id.* at 1).

Final judgment was entered into in this case on July 11, 2024, following a jury trial. (Dkt. No. 151). Defendants then appealed the judgment in the Court of Appeals for the Federal Circuit. *See Netlist, Inc., v. Micron Technology Texas, LLC, et al.*, No. 25-1936 (Fed. Cir. 2025). Prior to the filing of the Stipulation in this Court, the Parties attempted to stipulate to the dismissal of the appeal. (Joint Stipulation of Dismissal at 1, *Netlist, Inc., v. Micron Technology Texas, LLC, et al.*, No. 25-1936 (Fed. Cir. Oct. 14, 2026) (Dkt. No. 49)). The Court of Appeals for the Federal Circuit asked the Parties to clarify whether they have stipulated to move to vacate the underlying district court judgment. (Order at 2, *Netlist, Inc., v. Micron Technology Texas, LLC, et al.*, No. 25-1936 (Fed. Cir. Oct. 14, 2026) (Dkt. No. 50)). In response, the Parties stated they would "address the proper disposition of that judgment in the district court" and that "Micron reserves the right to

move in the district court to vacate the judgment at the appropriate time." (Joint Notice Regarding Joint Stipulation of Dismissal at 1, *Netlist, Inc., v. Micron Technology Texas, LLC, et al.*, No. 25-1936 (Fed. Cir. Oct. 14, 2026) (Dkt. No. 51)). Despite this language, the Parties have not made it clear to the Court what the proper disposition of the judgment in this Court is.

Having considered the Stipulation, the Court finds that the Stipulation should be and hereby is **CARRIED**. The Parties are hereby **ORDERED** to file a joint clarification of the relief sought within seven (7) days from the date of this Order.

**So Ordered this**

**Oct 27, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE