**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 2:22-cv-294 |
| | ) | **JURY TRIAL DEMANDED** |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC. | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ADDITIONAL TIME TO RESPOND TO ORDER OF CLARIFICATION OF REQUESTED RELIEF**

The Court issued an Order (Dkt. No. 204) for the parties to "file a joint clarification of the relief sought" by the "JOINT MOTION AND STIPULATION OF DISMISSAL" (Dkt. No. 203).

The parties hereby move for additional time to respond to the Court's Order until resolution of the appeals related to the patents asserted in the above-captioned matter.

There is good cause for the requested extension. First, the extension is requested until the Clerk of the Court of Appeals for the Federal Circuit formally dismisses the appeal in the above-captioned matter (*Netlist, Inc., v. Micron Technology Texas, LLC, et al.*, Federal Circuit Case No. 25-1936, Dkts. 49 and 51) pursuant to the parties' joint stipulation under Fed. R. App. P. 42(b)(1). Such dismissal would avoid any question about this Court's jurisdiction over a Rule 60(b) motion. *See LendingTree, LLC v. Zillow, Inc.*, 656 F. App'x 991, 999 (Fed. Cir. 2016) ("Without a remand, the district court will not have jurisdiction to consider a Rule 60(b) motion"); *Shepherd v. Int'l Paper Co.*, 372 F.3d 326, 329-330 (5th Cir. 2004). Second, the extension is requested in order to allow the Federal Circuit time to resolve the appeals of the *inter partes* review unpatentability

decisions relating to the asserted patents (*In re Netlist, Inc.*, Federal Circuit Case Nos. 25-2304 and 25-1296), as the Federal Circuit's resolution may affect whether Micron will seek to file an additional Rule 60(b) motion.

The requested extension is sought in good faith, no party will be prejudiced by the extension, and the extension is not sought for the purpose of delay.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Andrew Strabone*

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***Attorneys for Plaintiff Netlist, Inc.***

*/s/ Mike Rueckheim*
Michael R. Rueckheim
Texas State Bar No. 24081129
mrueckheim@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111

***Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record via ECF on November 3, 2026.

*/s/ Andrew Strabone*
Andrew Strabone

**CERTIFICATE OF CONFERENCE**

The parties have conferred and jointly seek the relief requested herein.

*/s/ Andrew Strabone*
Andrew Strabone